

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **JASON FLY LOGGING, LLC,** | ) | Case No.: 18-10483-JDW |
| | ) | |
| Debtor. | ) | Chapter 11 |

### ORDER SETTING EXPEDITED HEARING ON MOTION TO BORROW (DKT. # 6)

This matter is before the Court on the Motion to Expedite Hearing (the "Motion to Expedite")(Dkt. # 7) on the Motion to Enter into Credit Line with Dragon Woodland Corporation for Operating Capital Pursuant to 11 U.S.C. § 364 (the "Motion to Borrow")(Dkt. #6) filed by Jason Fly Logging, LLC (the "Debtor").  The Court finds the Motion to Expedite well-taken. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that

1. the Debtor's Motion to Expedite (Dkt. # 7) is **GRANTED;**

2. the hearing on the Motion to Borrow (Dkt. # 6) is scheduled for **10:00 a.m. on Tuesday, February 20, 2018,** to be held at **Thad Cochran U. S. Bankruptcy Courthouse, 703 Hwy. 145 North, Aberdeen, MS  39730**; and

3. Counsel for Debtor is directed to serve a copy of this Order and the Motion to Borrow and any exhibits thereto on all parties required to be served under Rule 4001(b) of the Federal Rules of Bankruptcy Procedure by the most expeditious method(s) possible. Counsel for the Debtor is further ordered to file a Certificate of Service with this Court, indicating the date, time, and method(s) of service by Friday, February 16, 2018.

##END OF ORDER##