# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

In Re: JASON FLY LOGGING, LLC          CASE NO: 18-10483-JDW

                                                                                                                                                 CHAPTER 11

DEBTOR(S)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**COMES NOW**, Henry J. Applewhite, Attorney at Law, and files this Notice of Appearance and Request for Notices for ENGS Commercial Finance Co. ("ENGS" or "Creditor"), by and through counsel, pursuant to Bankruptcy Rule 9010 who is entering his appearance as attorney for Creditor in the above matter and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the following as counsel for Creditor and that said attorney also be added to the mailing matrix and electronic noticing in this case:

Henry J. Applewhite
Attorney at Law
Post Office Box 724
Aberdeen, MS 39730

    Telephone: (662) 369-7783
    Telecopy: (662) 369-7784
    E-Mail: happlewhite@applewhitelaw.com

**PLEASE TAKE FURTHER NOTICE** that this request is made without submitting to the jurisdiction of the Court, without waiving service of process, and without waiving any other rights, claims, actions, defenses, set-offs, or recoupments to which Creditor is or may be entitled.

Respectfully submitted on this the 28th day of February, 2018.

                                          **ENGS Commercial Finance Co.**

                                          **By its Counsel**

                                          /s/ Henry J. Applewhite
                                          **HENRY J. APPLEWHITE**
                                          **Attorney at Law**
                                            **Post Office Box 724**
                                            **Aberdeen, MS 39730**

{0015021.DOCX}

>Telephone: (662) 369-7783
>Telecopy: (662) 369-7784
>E-Mail: happlewhite@applewhitelaw.com
>MS Bar # 1609

## CERTIFICATE OF MAILING

I, Henry J. Applewhite, do hereby certify that I have on this date filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Toni Campbell Parker
Attorney for Debtor
tparker002@att.net

Office of the United States Trustee
USTPRegion05.AB.ECF@usdoj.gov.

Further, I do hereby certify that I have on this date placed in the United States Mail, postage prepaid, a true and correct copy of the above and foregoing to the following:

Kristin L. Moran
Senior Manager, Legal Accounts
ENGS Commercial Finance Co.
One Pierce Place
Suite 1100 West
Itasca, IL 60143

This the 28th day of February, 2018.

/s/ Henry J. Applewhite
HENRY J. APPLEWHITE

{0015021.DOCX}