THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
(Aberdeen)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JASON FLY LOGGING, LLC, | ) | Case No. 18-10483-JDW |
| | ) | Judge Jason W. Woodard |
| *Debtor*. | ) | Chapter 11 |
| | ) | |

**JOINT MOTION TO APPROVE SALE OF 2017 TIGERCAT 635E SKIDDER (S/N 6352085) AND TIGERCAT GRAPPLE (S/N SBG7203-25-0321) FREE AND CLEAR OF LIENS**

The above-captioned debtor (the "Debtor") and Sumitomo Mitsui Finance and Leasing Company, Limited ("SMFL" and together with the Debtor, the "Movants"), pursuant to 11 U.S.C. §363(b) and (f), and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure, hereby move the United States Bankruptcy Court for the Northern District of Mississippi (this "Bankruptcy Court") for an order approving the sale of a 2017 Tigercat 635E Skidder (S/N 6352085) and Tigercat Grapple (S/N SBG7203-25-0321) (collectively with any additions and accessions thereto, the "Equipment") to Dragon Woodland Corporation (the "Purchaser"), free and clear of all liens, claims, interests and encumbrances (the "Sale"). In support of this Motion, Movants state as follows:

**JURISDICTION AND VENUE**

1. The Debtor commenced this case by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") on February 12, 2018 (the "Petition Date").

2. The Debtor continues to manage its business as Debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. As of the date hereof, no trustee or examiner

1

has been requested in these chapter 11 cases.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BACKGROUND

4. Purchaser has agreed to buy the Equipment for a purchase price of $265,000 (the "Purchase Price") as a result of arms-length and good-faith negotiations.

5. The Debtor believes that the Purchase Price is equal to the fair market value and the Debtor submits that no further marketing is necessary.

6. SMFL holds a duly-perfected security interest in the Equipment. SMFL's lien on the Equipment secures payment of a Promissory Note to Financing and Security Agreement No. 1 dated November 3, 2016 in the original principal amount of $406,750 made by the Debtor payable to SMFL (the "Note"). The amount owed to SMFL under the Note exceeds the Purchase Price.

7. Pursuant to this Sale Motion, Debtor seeks the approval of the Court to sell the Equipment to the Purchaser for $265,000, as a legal, valid, and effective transfer of the Equipment which will vest the Purchasers with all right, title, and interest in the Equipment free and clear of any liens and claims of any and every kind or nature whatsoever pursuant to 11 U.S.C. §363(f) and all other applicable laws.

8. The Debtor believes the sale of the Equipment is in the best interest of the estate and creditors.

## BASIS FOR RELIEF

A. **Section 363(b) Authorizes the Proposed Sale.**

8. Section 363(b) of the Bankruptcy Code provides that "the trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the

estate." Section 1107(a) of the Bankruptcy Code grants a debtor-in-possession the powers of a trustee in respect to various matters including sales under section 363(b) of the Bankruptcy Code.

9. Although section 363 of the Bankruptcy Code does not specify a standard for determining when it is appropriate for a court to authorize the use, sale or lease of property of the estate, courts have found that a debtor's sale or use of assets outside the ordinary course of business should be approved if the debtor can demonstrate a sound business justification for the proposed transaction. *See, e.g.*, *In re Eagle Picher Holdings, Inc.*, 2005 WL 4030132 (Bankr. S.D. Ohio 2005); *In re Martin*, 91 F.3d 389, 395 (3rd Cir. 1996); *In re Abbotts Dairies of Penn., Inc.*, 788 F.2d 143 (3rd Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063, 1071 (2nd Cir. 1983).

10. The key consideration is the Court's finding that a good business reason exists for the sale. *Stephens Industries, Inc. v. McClung*, 789 F.2d 386 (6th Cir. 1986); *see also*, *Myers v. Martin (In re Martin)*, 91 F.3d 389, 395 (3d Cir. 1996); *Dai-Ichi Kangyo Bank, Ltd. v. Montgomery Ward Holding Corp., (In re Montgomery Ward Holding Corp.)*, 242 B.R. 147, 153 (Bankr. D. Del. 1999).

> Whether the proffered business justification is sufficient depends on the case. As the Second Circuit held in <u>Lionel</u>, the bankruptcy judge should consider all salient factors pertaining to the proceeding and, accordingly, act to further the diverse interests of the debtor, creditors and equity holders, alike. He might, for example, look to such relevant factors as the proportionate value of the assets of the estate as a whole, the amount of elapsed time since the filing, the likelihood that a plan of reorganization will be proposed and confirmed in the near future, the effect of the proposed disposition on future plans of reorganization, the proceeds to be obtained from the disposition vis-a-vis any appraisals of the property, which of the alternatives of use, sale or lease the proposal envisions and, most importantly perhaps, whether the asset is increasing or decreasing in value. This list is

> not intended to be exclusive, but merely to provide guidance to the bankruptcy judge.

*In re Walter*, 83 B.R. 14, 19-20 (9th Cir. Bankr. 1988), citing *In re Lionel Corporation*, 722 F.2d 1063, 1070-71 (2nd Cir. 1983).

11. Once the Debtor articulates a valid business justification, "[t]he business judgment rule 'is a presumption that in making a business decision the directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the company.'" *In re S.N.A. Nut Co.*, 186 B.R. 98 (Bankr. N.D. Ill. 1995); *see also In re Integrated Res., Inc.*, 147 B.R. 650, 656 (S.D.N.Y. 1992); *In re Johns-Manville Corp.*, 60 B.R. 612, 615-16 (Bankr. S.D.N.Y. 1986) ("a presumption of reasonableness attaches to a debtor's management decisions").

12. The Debtor, in its business judgment, believes that the sale of the Equipment is in the best interests of the Debtor and its creditors.

**B. Sound Business Reasons Support a Private Sale.**

13. Bankruptcy Rule 6004(f)(1) permits private sales by a debtor. Fed. R. Bankr. P. 6004(f)(1) ("All sales not in the ordinary course of business may be by private sale or by public auction."). Courts have also noted that private sales are appropriate and permissible under Section 363. *See In re Bakalis*, 220 B.R. 525, 531 (Bankr. E.D.N.Y. 1998) ("the sale of estate property under the Bankruptcy Code is conducted by a trustee, who has ample discretion to conduct public or private sales of estate property"); *Penn Mut. Life Ins. Co. v. Woodscape Ltd. P'ship (In re Woodscape Ltd. P'ship)*, 134 B.R. 165, 174 (Bankr. D. Md. 1991) (noting that, with respect to sales of estate property pursuant to Section 363 of the Bankruptcy Code, "[t]here is no prohibition against a private sale . . . and there is no requirement that the sale be by public auction").

14. Courts often allow a chapter 11 debtor to sell assets outside the ordinary course of business by private sale when the debtor demonstrates that the sale is permissible pursuant to section 363(b) of the Bankruptcy Code. *See, e.g., In re Astroturf, LLC*, Case No. 16-41504 (Bankr. N.D .Ga. Aug. 12, 2016) (Bonapfel, J.); *In re Catalyst Natural Gas, LLC*, Case No. 08-79390, (Bankr. N.D. Ga. Dec. 19, 2008) (Bihary, J.).

15. Here, the Debtor has no equity in the Equipment and was planning to sell the Equipment in connection with its Plan of Liquidation (Doc 169). Moreover, the Equipment is of the type that decreases in value with use over time. Through the proposed sale, the Debtor seeks to avoid incurring continued insurance and maintenance expenses in connection with the Equipment.

16. The proposed sale provides a greater recovery for the estate than could realistically be achieved by any other practically available alternative. Due to the current stage of the bankruptcy case, the Debtor believes a public sale process that includes an auction feature has little or no chance of yielding a better outcome than that afforded by the current sale proposed. Indeed, an increase in the purchase price is likely to only increase the amount of SMFL's secured claim. As a result, a public sale process would merely cause the Debtor's estate to incur additional administrative expenses without significant corresponding or offsetting benefit to the estate.

17. The Debtor's decision to sell the Equipment to the Purchaser in a private sale transaction is a valid and sound exercise of the Debtor's business judgment. The Debtor has considered all options under the circumstances and has determined that a private sale to the Purchaser will result in the greatest recovery. For all of the foregoing reasons, the relief requested in this Motion is a product of sound business judgment and is in the best interests of

5

the Debtor, its creditors, and estate and should be granted.

### C. Section 363(f) Authorizes the Sale Free and Clear of Liens and Other Claims.

27.   Section 363(f)(2) of the Bankruptcy Code provides that a sale may be free and clear of any interest in such property of an entity other than the estate if such entity consents.

28.   One or more of the conditions set forth in §363(f) will be satisfied with respect to the sale of the Equipment. Specifically, the Debtor's secured lender, SMFL, which holds a duly perfected security interest in the Equipment will consent, or will be adequately protected by attachment to the sale proceeds. Applicable non-bankruptcy law permits sale of the Equipment free and clear of any interests therein that are subordinate to SMFL's security interest.

### D. Waiver of 14-Day Stay on Closing is Warranted.

29.   Bankruptcy Rules 6004(h) and 6006(d) respectively provide that an order authorizing the use, sale, or lease of property and an order authorizing the assumption and assignment of executory contracts or unexpired leases will be stayed for fourteen days after entry of such approval orders unless the court orders otherwise. Because of the need to close the transactions contemplated herein as promptly as possible, the Debtor requests that the Court order and direct that the order approving this Motion shall not be automatically stayed for fourteen days.

**WHEREFORE**, the Debtor respectfully requests this Bankruptcy Court to enter an order: authorizing the Debtor to sell the Equipment other than in the ordinary course, free and clear of liens, interests and other claims to Purchaser and granting such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: August 23, 2018

| | |
|---|---|
| /s/ *Erno Lindner* | /s/ *Toni Campbell Parker (with permission)* |
| Erno Lindner (MS Bar No. 104073) | Toni Campbell Parker (MS Bar No. 4018) |
| Baker, Donelson, Bearman, Caldwell | Law Office of Toni Campbell Parker |
| & Berkowitz, P.C. | 615 Oakleaf Office Lane |
| 633 Chestnut Street, Suite 1900 | Suite 201 |
| Chattanooga, Tennessee 37450 | Memphis, Tennessee 38117 |
| Phone No. (423) 209-42060 | Phone No. (901) 683-0099 |
| Fax No. (423) 752-9633 | Fax No. (866) 489-7938 |
| E-Mail: elindner@bakerdonselson.com | E-Mail: Tparker001@bellsouth.net |
| | |
| Attorney for Sumitomo Mitsui Finance and Leasing Company, Limited | Attorney for Jason Fly Logging, LLC |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of August, 2018, a copy of the foregoing electronically filed pleading was served on the parties listed below, the office of the U.S. Trustee, and the parties listed on the attached creditor mailing matrix by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Toni Campbell Parker
P.O. Box 240666
615 Oakleaf Office Lane
Memphis, TN 38124-0666

Sammye S. Tharp
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Amur Equipment Finance, Inc
308 N Locust St
Attn: Legal Dept
Grand Island, NE 68801

Thomas M. Hewitt
Butler Snow LLP
Post Office Box 6010
Ridgeland, MS 39158

Henry J. Applewhite
P. O. Box 724
Aberdeen, MS 39730

Olivia Spencer
King & Spencer PLLC
P.O. Box 123
Jackson, MS 39205-0123

IRS
Attn: Special Processing Staff
100 West Capitol St. Room 504
Jackson, MS 39269

Les Alvis
207 Court Street
P.O. Box 1836
Tupelo, MS 38802-1836

Bruce M. Kahn
Amy Elizabeth Strickland
Apperson Crump PLC
6070 Poplar Avenue
Suite 600
Memphis, TN  38119

MS Tax Commission
P.O. Box 22808
Jackson, MS 39225

D. Andrew Phillips
P.O. Box 947
Oxford, MS 38655

Rosamond H. Posey
P.O. Box 947
Oxford, MS 38655-0947

Jason Fly Logging, LLC
1155 Jeff Sanders Rd.
Batesville, MS 38606-9214

Joseph C. Gibbs
111 Court Street
P.O. Box 1117
Clarksdale, MS 38614

8

Robert Alan Byrd
145 Main Street
P. O. Box 1939
Biloxi, MS 39533

Joseph Black
306 Railroad Street
Water Valley, MS 38965

Andrew R. Wilson
Bennett Lotterhos Sulser & Wilson, P.A.
P.O. Box 98
Jackson, MS 39205-0098

Stacey Moore Buchanan
Simpson Law Firm, P.A.
Post Office 1410
Ridgeland, MS 39158-1410

Jacob C Zweig
Evans Petree PC
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120

David Winston Houston, IV
Burr & Forman LLP
222 Second Ave South
Suite 2000
Nashville, TN 37201

John M. Lassiter
401 East Capitol Street.
Suite 100
Jackson, MS 39201

D. Sterling Kidd
Baker Donelson Bearman Caldwell &
Berkowitz, PC
Post Office Box 14167
Jackson, MS 39236

Randall J. Fishman
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue
Suite 1250
Memphis, TN 38103

John Seymour
P.O. Box 349
Fremont, NE 68026

Taylor and Martin Inc
P.O. Box 349
Fremont, NE 68026

/s/ *Erno Lindner*

```
Label Matrix for local noticing        Airgas USA LLC                          Ally Bank
0537-1                                  110 W 7th St Ste 1400                   P.O. Box 380901
Case 18-10483-JDW                       Tulsa OK 74119-1077                     Minneapolis, MN 55438-0901
Northern District of Mississippi
Aberdeen
Wed Aug 22 13:30:14 CDT 2018

Ally Capital                            Ally Financial                          Ally Financial, Inc
PO Box 130424                           Post Office Box 103424                  c/o Joseph C. Gibbs
Roseville, MN 55113-0004                Roseville, MN 55113                     111 Court Street
                                                                                P.O. Box 1117
                                                                                Clarksdale, MS 38614-1117

Les Alvis                               Amur Equipment Finance, Inc             Henry J. Applewhite
207 Court Street                        308 N Locust St                         P. O. Box 724
P.O. Box 1836                           Attn: Legal Dept                        Aberdeen, MS 39730-0724
Tupelo, MS 38802-1836                   Grand Island, NE 68801-5969

Aramark Uniform & Career Apparel, LLC   Aramork                                 Arkansas Best Logging LLC
c/o Sheila R. Schwager                  5508 Jefferson Parkway                  625 Garfield St
Hawley Troxell Ennis & Hawley, LLP      White Hall, AR 71602-3438               Clarendon, AR 72029-2630
877 Main Street, Suite 1000
Boise, ID 83702-5884

Arkansas Best Logging, LLC              Arkansas Best Logging, LLC              Auto Parts Co of Magnolia Inc.
Attn:  John J. Taylor                   c/o Thomas M. Hewitt                    111 N Dudney
625 Garfield Street                     Butler Snow LLP                         Magnolia, AR 71753-3108
Clarendon, AR 72029-2630                1020 Highland Colony Parkway, Suite 1400
                                        Ridgeland, MS 39157-2139

Axis Capital Inc.                       BMO Harris                              BMO Harris Bank N.A.
308 N. Locust Stree                     P.O. Box 71951                          PO Box 3040
Grand Island, NE 68801-5985             Chicago, IL 60694-1951                  Cedar Rapids, IA 52406-3040

Balboa Capital                          Balboa Capital Corporation              Banc of America Leasing & Capital
575 Anton Blvd., 12th Floor             Byrd & Wiser                            Burr & Forman, LLP
Costa Mesa, CA 92626-7169               145 Main Street                         190 E. Capitol St., Ste. M-100
                                        Biloxi, MS 39530-4333                   Jackson, MS 39201-2149

Banc of America Leasing & Capital       Barnes Tire and AC, LLC                 Bellsouth Telecommunications , LLC
John M. Lassiter, BURR& FORMAN LLP      814 N Sebastian                         101 Pine 6W-P-02
The Pinnacle at Jackson Place           West Helena, AR 72390-1821              Saint Louis, MO 63108-2111
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201-2149

Beth Fly                                Joseph Black                            Bobby Henord Tire, INC
1155 Jeff Sanders Rd.                   306 Railroad Street                     Po Box 608
Batesville, MS  38606-9214              Water Valley, MS 38965-3032             Brinkley, AR 72021-0608

Bridgefield Casualty Insurance Company  Bruce M. Kahn                           Stacey Moore Buchanan
PO Box 988                              Apperson Crump PLC                      Simpson Law Firm, P.A.
Lakeland, FL 33802-0988                 6070 Poplar Avenue, Suite 600           Post Office 1410
                                        Memphis, TN 38119-3903                  Ridgeland, MS 39158-1410
```

Robert Alan Byrd
145 Main Street
P. O. Box 1939
Biloxi, MS 39533-1939

CAT Financial Services
P.O. Box 730669
Dallas, TX 75373-0669

Caterpillar Financial
2120 W End Ave
Nashville, TN 37203-5341

Caterpillar Financial Service Corporation
D.Sterling Kidd,Baker,Donelson,Bearman,
Caldwell & Berkowitz, PC
P. O. Box 14167
Jackson, Mississippi 39236-4167

Caterpillar Financial Services
2120 West End Ave.
Nashville, TN 37203-5341

Construction Saftey, Products
6519 Murry St.
Little Rock, AR 72209-3125

Cook Oil Company, INC
PO Box 638
Holly Springs, MS 38635-0638

Crain Company
Henry B. Talbot, Farris Bobango Branan P
999 S. Shady Grove Road, Suite 500
Memphis, TN 38120-4128

De Lage Landen Financial Services, Inc
%Andrew R Wilson
P.O. Box 98
Jackson MS 39205-0098

De Lage Landen Financial Services, Inc.
c/o Bennett Lotterhos Sulser & Wilson PA
Attn: Marcus Wilson and Andrew Wilson
P.O. Box 98
Jackson, MS 39205-0098

DeLage Landen
1111 Old Eagle School Rd
Wayne PA 19087-1453

DeLage Landen Financial
P.O. Box 41602
Philadelphia, PA 19101-1602

Deborah S. Ashen
217 N. Jefferson Street
Suite 601
Chicago, IL 60661-1114

Delta Tire
1560 Highway 61 N.
Tunica, MS 38676-9667

Donalds Garage & Wrecker Service
1304 Madison
Clarendon, AR 72029-2917

ENGS Commercial Finance Co.
One Pierce Place
Suite 1100 West
Itasca, IL 60143-3149

ENGS Commercial Finance. Co.
c/o Henry J. Applewhite
PO Box 724
Aberdeen, MS 39730-0724

ENGS Commerical
1 Pierce Place
Suite 1100 West
Itasca, IL 60143-3149

Erno Lindner
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450-1801

First Midwest Equipment Finance
P.O. Box 857
Bedford Park, IL 60499-0857

First Midwest Equipment Finance Co.
Bennett Lotterhos Sulser & Wilson, P.A.
Post Office Box 98
Jackson, MS 39205-0098

First Midwest Equipment Finance Co.
Deborah S. Ashen
217 N. Jefferson Street, Suite 601
Chicago, IL 60661-1114

First Midwest Equipment Finance Co.
c/o Deborah S. Ashen
217 N. Jefferson St., Ste. 601
Chicago, IL 60661-1114

First Midwest Equipment Finance Co.(Fi
%Andrew R Wilson
P.O. Box 98
Jackson Mississippi 39205-0098

Randall J. Fishman
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue
Suite 1250
Memphis, TN 38103-2357

Ford Motor Credit
P.O. Box  790093
Saint Louis, MO 63179-0093

Ford Motor Credit Company LLC
c/o Olivia Spencer, Esq.
Post Office Box 123
Jackson, MS 39205-0123

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC
c/o Olivia Spencer
PO Box 123
Jackson, MS 39205-0123

Joseph C. Gibbs
111 Court Street
P.O. Box 1117
Clarksdale, MS 38614-1117

| | | |
|---|---|---|
| Graham Equipments Co.<br>206 Wilson Dr.<br>Senatobia, MS 38668-1706 | Gresham Petroleum<br>PO Box 397<br>Tunica, MS 38676-0397 | Thomas M. Hewitt<br>Butler Snow LLP<br>Post Office Box 6010<br>Ridgeland, MS 39158-6010 |
| Higgins Auto and AC Supply<br>20 HWY 1 Bypass<br>Marianna, AR 72360-2100 | Hitachi Capital America<br>21925 Network Pl<br>Chicago, IL 60673-1219 | Hitachi Capital America<br>c/o Stacey Moore Buchanan<br>Simpson Law Firm, P.A.<br>Post Office 1410<br>Ridgeland, MS 39158-1410 |
| Hitachi Capital America Corp<br>%Matthew F Kye<br>201 Old Country Road Suite 120<br>Melville NY 11747-2725 | Hitachi Capital America Corp.<br>c/o Matthew F. Kye, Esq.<br>Kye Law Group, P.C.<br>201 Old Country Road<br>Suite 120<br>Melville, NY 11747-2725 | Hitachi Capital America Corp.<br>c/o Matthew F. Kye, Esq.<br>Kye Law Group, P.C.<br>120 Old Country Road, Suite 120<br>Melville, NY 11747-2009 |
| Home Oil Company, Inc.<br>PO Box 83<br>Dundee, MS 38626-0083 | David Winston Houston IV<br>Burr & Forman LLP<br>222 Second Ave South<br>Suite 2000<br>Nashville, TN 37201-2385 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>In care of U.S. Attorney<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia PA 19101-7346 | Jason Fly<br>1155 Jeff Sanders Rd<br>Batesville, MS  38606-9214 |
| Jason Fly Logging, LLC<br>1155 Jeff Sanders Rd.<br>Batesville, MS 38606-9214 | John Deere Construction & Forestry Company<br>c/o Les Alvis<br>P.O. Box 1836<br>207 Court St.<br>Tupelo, MS 38804-3907 | John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 |
| John Deere Financial, f.s.b.<br>c/o Les Alvis<br>P.O. Box 1836<br>Tupelo, MS 38802-1836 | D. Sterling Kidd<br>Baker Donelson Bearman Caldwell & Berkow<br>Post Office Box 14167<br>Jackson, MS 39236-4167 | Kimball Midwest<br>Department L-2780<br>Columbus, OH 43260-2780 |
| John M. Lassiter<br>401 East Capitol Street.<br>Suite 100<br>Jackson, MS 39201-2608 | Erno D. Lindner<br>Baker, Donelson, Bearman, Caldwell & Ber<br>1800 Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450-4000 | MACK Financial Services<br>c/o Erno Linder<br>Baker, Donelson<br>1800 Republic Centre, 633 Chestnut St<br>Chattanooga, TN 337540-4000 |
| MHC Financial Services<br>11120 Tomahawk Creek Pkwy.. Ste. 100-A<br>Welda, KS 66091 | MHC Financial Services, Inc.<br>Apperson Crump PLC<br>Bruce M. Kahn<br>6070 Poplar Avenue<br>Suite 600<br>Memphis, TN 38119-3903 | MHC Financial Services, Inc.<br>c/o Bruce M. Kahn<br>6070 Poplar Avenue<br>Suite 600<br>Memphis, TN 38119-3901 |
| MS Tax Commission<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Mack FInancial Services<br>PO Box 26131<br>Greensboro, NC 27402-6131 | Mack Financial Services a division of VFS US<br>c/o Erno Lindner<br>633 Chestnut St.<br>Suite 1900<br>Chattanooga, TN 37450-1801 |

```
Mack Financial Services a division of VFS US    McNay Tool and Equipment Sales & Service      Mechanics Bank
c/o Bettye Carr                                 205-B South Man St.                            P.O. Box 707
P.O. Box 26131                                  Stuttgart, AR 72160                            Water Valley, MS 38965-0707
Greensboro, NC 27402-6131


Mechanics Bank                                  Mechanics Bank                                 Mid South Sales, Inc.
c/o D. Andrew Phillips, Esquire                 c/o Rosamond H. Posey, Esquire                 243 CR 414
Mitchell, McNutt & Sams, P .A.                  Mitchell, McNutt & Sams, P.A.                  Jonesboro, AR 72404-7508
Post Office Box 94 7                            Post Office Box 94 7
Oxford, MS 38655-0947                           Oxford, MS 38655-0947


Mississippi Department of Revenue               Mitcham Truck and Auto Supply                  Morgan Law Firm
Bankruptcy Section                              PO Box 490                                     148 Court Street
Post Office Box 22808                           9580 Strong Highway                            Clinton, AR 72031-7085
Jackson MS 39225-2808                           Strong, AR 71765-0490


Napa Auto Parts                                 Napa Auto Parts                                On the Spot Windsheild Repair
101 E. Hospital Rd.                             603 W. Main Street                             1085 Highway 49 West
Sardis, MS 38666-1271                           Charleston, MS 38921-2130                      West Helena, AR 72390-1835


On the Spot Windshield Repair LLC               PACCAR Financial Corp.                         (p)PACCAR FINANCIAL CORP
%Paige Ginn                                     c/o Olivia Spencer, Esq.                       P O BOX 1518
P.O. Box 158                                    Post Office Box 123                            BELLEVUE WA 98009-1518
Lexa AR 72355-0158                              Jackson, MS 39205-0123


Paccar Financial                                Toni Campbell Parker                           Toni Campbell Parker
PFC South east office 2180 satellite BLv        P.O. Box 240666                                P.O. Box 240666
Suite 200                                       Memphis, TN 38124-0666                         615 Oakleaf Office Lane
Duluth, GA 30097                                                                               Memphis, TN 38117-4812


D. Andrew Phillips                              Pierce and Company, INC                        Rosamond H. Posey
P.O. Box 947                                    209 North Buerkle                              P.O. Box 947
Oxford, MS 38655-0947                           PO Box 140                                     Oxford, MS 38655-0947
                                                Stuttgart, AR 72160-0140


Pro Billing & Funding Service                   Ralph W Waddell                                Ralph Waddell
PO Box 2222                                     P.O. Box 1700, 310 East Street                 Waddell Cole & Jones PLLC
Decatur, AL 35609-2222                          310 East Street                                P O Box 1700
                                                Jonesboroo, AR 72401                           Jonesboro, AR 72403-1700


Regions Bank                                    Santander Bank                                 Santander Bank N. A.
P.O. Box 10063                                  P.O. Box 14833                                 c/o Cliff A. Katz, Esq.
Birmingham, AL 35202-0063                       Reading, PA 19612-4833                         Platzer, Swergold, Levin, Goldberg,
                                                                                               Katz & Jaslow, LLP
                                                                                               475 Park Avenue, South
                                                                                               New York, NY 10016-6901


Sewell Oil Company                              John Seymour                                   Sibley Auto & Farm Supply, INC
3400 Junction City HWY.                         P.O. Box 349                                   81 Plaza Ave
El Dorado, AR 71730-8308                        Fremont, NE 68026-0349                         West Helena, AR 72390-2367
```

| | | |
|---|---|---|
| Southern States Utility Trailer Sales, I<br>PO Box 6257<br>Pearl, MS 39288-6257 | Southern Timber Resources, Inc.<br>P.O. Box 190<br>Bryant, AR 72089-0190 | Southern Tire Mart, LLC<br>Dept 143 PO Box 1000<br>Memphis, TN 38148-0143 |
| Sparks Auto Part<br>1360 N Lamar<br>Oxford, MS 38655-2838 | Olivia Spencer<br>King & Spencer PLLC<br>P.O. Box 123<br>Jackson, MS 39205-0123 | Stephenson Oil Company, Inc.<br>Morgan Law Firm, P.A.<br>148 Court Street<br>Clinton, AR 72031-7085 |
| Stribling Equipment, LLC<br>P.O.Box 6038<br>Pearl, MS 39288-6038 | Amy Elizabeth Strickland<br>Apperson Crump, PLC<br>6070 Poplar Avenue, Suite 600<br>Memphis, TN 38119-3903 | Sumitomo Mitsui Finance<br>277 Park Ave., 15th Floor<br>New York, NY 10172-0003 |
| Sumitomo Mitsui Finance & Leasing<br>277 Park Ave., 15th Floor<br>New York, NY 10172-0003 | Sumitomo Mitsui Finance and Leasing Company,<br>Attention: Accounting - Contract # 1131<br>666 Third Avenue, 8th Floor<br>New York, New York 10017-4033 | Sumitomo Mitsui Finance and Leasing Company,<br>c/o Erno Lindner<br>633 Chestnut St.<br>Suite 1900<br>Chattanooga, TN 37450-1801 |
| TBK Bank SSB<br>Truimph Bank Financial<br>12700 Park Central Drive, Ste. 1700<br>Dallas, TX 75251-1517 | TD Auto Finance<br>P.O. Box 16035<br>Middlefield, MA 01243 | TD Auto Finance<br>P.O. box 9223<br>Farmington, MI 48333-9223 |
| TD Auto Finance LLC<br>Jacob Zweig, Esq.<br>EVANS PETREE PC<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | TD Auto Finance, LLC<br>1715 Aaron Brenner Drive, Suite 800<br>Memphis, TN 38120-1445 | TD Auto Finance, LLC<br>P.O. Box 16041<br>Lewiston, ME 04243-9523 |
| Taylor and Martin Inc<br>P.O. Box 349<br>Fremont, NE 68026-0349 | Teletrac Navman US Ltd.<br>7391 Lincoln Way<br>Garden Grove, CA 92841-1428 | Sammye S. Tharp<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Thompson Machine<br>1245 Bridgestone BLVD<br>La Vergne, TN 37086-3510 | Truck Pro LLC<br>29787 Network Place<br>Chicago, IL 60673-1297 | Truck Pros<br>190  Charles Bryan<br>Cordova, TN 38016 |
| U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>950 East Paces Ferry Road, N.E., Suite 9<br>Atlanta GA 30326-1180 | Volvo Financial Services, a division of VFS<br>c/o Erno D. Lindner, Esq.<br>633 Chestnut St., Ste. 1900<br>Chattanooga, TN 37450-1801 |
| Andrew R. Wilson<br>Bennett Lotterhos Sulser & Wilson, P.A.<br>P.O. Box 98<br>Jackson, MS 39205-0098 | Jacob C Zweig<br>Evans Petree PC<br>1715 Aaron Brenner Drive<br>Suite 800<br>Memphis, TN 38120-1445 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>P.O. Box 62180<br>Colorado Springs, CO  80962 | IRS<br>Attn: Special Processing Staff<br>100 West Capitol St. Room 504<br>Jackson, MS 39269 | (d)Internal Revenue Service<br>Attn: Special Processing Staff<br>100 West Capitol Street<br>Room 504<br>Jackson MS 39269 |
| PACCAR Financial Corp.<br>Attn: Linda Markle, BK Specialist<br>P.O. Box 1518<br>Bellevue, WA 98009-1518 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Aramork<br>5508 Jefferson Parkway<br>White Hall, AR 71602-3438 | (d)Arkansas Best Logging LLC<br>625 Garfield St<br>Clarendon, AR 72029-2630 | (u)Arkansas Best Logging, LLC |
| (u)BMO Harris | (d)Balboa Capital<br>575 Anton Blvd., 12th Floor<br>Costa Mesa, CA 92626-7169 | (d)Balboa Capital Corporation<br>575 Anton Boulevard<br>12th Floor<br>Costa Mesa, CA 92626-7169 |
| (u)Banc of America Leasing & Capital, LLC | (d)Bobby Henord Tire, INC<br>Po Box 608<br>Brinkley, AR 72021-0608 | (d)Caterpillar Financial<br>2120 W End Ave<br>Nashville, TN 37203-5341 |
| (d)Cook Oil Company, INC<br>PO Box 638<br>Holly Springs, MS 38635-0638 | (u)Dragon Woodland Corporation | (d)ENGS Commercial Finance Co.<br>One Pierce Place Suite 1100 West<br>Itasca, IL 60143-3149 |
| (d)Ford Motor Credit<br>P.O. Box  790093<br>Saint Louis, MO 63179-0093 | (d)Graham Equipments Co.<br>206 Wilson Dr.<br>Senatobia, MS 38668-1706 | (d)Gresham Petroleum<br>PO Box 397<br>Tunica, MS 38676-0397 |
| (d)Jason Fly<br>1155 Jeff Sanders Rd.<br>Batesville, MS 38606-9214 | (d)John Deere Construction & Forestry Company<br>c/o Les Alvis<br>P.O. Box 1836<br>207 Court St.<br>Tupelo, MS 38804-3907 | (d)John Deere Financial<br>P.O. Box 650215<br>Dallas, TX 75265-0215 |

| | | |
|---|---|---|
| (u)Bruce M. Kahn<br>Apperson Crump PLC<br>6070 Poplar Avenue<br>Suite 600<br>Memphis38119 | (d)MHC Financial Services<br>11120 Tomahawk Creek Pkwy.: Ste. 100-A<br>Welda, KS 66091 | (d)Mechanics Bank<br>P.O. Box 707<br>Water Valley, MS 38965-0707 |
| (d)Mechanics Bank<br>P.O. Box 707<br>Water Valley, MS 38965-0707 | (d)Morgan Law Firm<br>148 Court Street<br>Clinton, AR 72031-7085 | (d)PACCAR Financial Corp.<br>c/o Olivia Spencer, Esq.<br>Post Office Box 123<br>Jackson, MS 39205-0123 |
| (d)Paccar Financial<br>PFC South east office 2180 satellite BLv<br>Suite 200<br>Duluth, GA 30097 | (d)Pro Billing & Funding Service<br>PO Box 2222<br>Decatur, AL 35609-2222 | (d)Southern Tire Mart, LLC<br>Dept 143 PO Box 1000<br>Memphis, TN 38148-0143 |
| (d)Stribling Equipment, LLC<br>P.O.Box 6038<br>Pearl, MS 39288-6038 | (d)Thompson Machine<br>1245 Bridgestone BLVD<br>La Vergne, TN 37086-3510 | End of Label Matrix<br>Mailable recipients   148<br>Bypassed recipients    29<br>Total                 177 |